IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES, | No. C 12-03176 SI |
| Plaintiff, | **ORDER** |
| v. | |
| CLEAN SITE CO, | |
| Defendant.                      / | |

The Court has reviewed the Notice of Bankruptcy indicating that defendants in this case have now filed for bankruptcy protection.

THEREFORE IT IS HEREBY ORDERED this case shall be stayed and statistically closed due to the pending bankruptcy proceeding.

Dated:  10/10/12

_____
SUSAN ILLSTON
United States District Judge